IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES FROSS, ET AL., Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 08-1405 ) |
| COUNTY OF ALLEGHENY, Defendant. | ) ) ) |

## ORDER

AND NOW, this 9th day of December, 2008, IT IS HEREBY ORDERED that parties shall proceed as follows:

1.) Plaintiffs' Motion for Summary Judgment, as to the authority to enact a Residency Restriction Ordinance, and Brief in support shall be due on or before December 23, 2008;

2.) Defendant's Cross Motion for Summary Judgment and Brief in support shall be due on or before January 23, 2009;

3.) Plaintiff shall have until February 6, 2009 to file a reply brief.

BY THE COURT:

s/Gary L. Lancaster          , J.
Hon. Gary L. Lancaster,
United States District Judge

cc:   All Counsel of Record