IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES FROSS, et al. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1405 |
| | ) | |
| COUNTY OF ALLEGHENY, | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 20th day of March, 2009, IT IS HEREBY ORDERED that plaintiffs' motion for summary judgment [doc. no. 20] is GRANTED.

Judgment shall be entered in favor of plaintiffs.

Allegheny County of Pennsylvania Ordinance No. 39-07-OR entitled Residency Requirements; Registered Sex Offenders is declared void and unenforceable.

The Clerk of Court is directed to mark this matter CLOSED forthwith.

BY THE COURT,

_____, J.

cc: All Counsel of Record